# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | | |
|---|---|---|
| REBA S. REYNA, ETAL | ) | |
| | ) | |
| v. | ) | Case No. CV206-131 |
| | ) | |
| HONEYWELL INTERNATIONAL, INC. | ) | |
| *formerly known as* ALLIEDSIGNAL, INC. and | ) | |
| *formerly known as* ALLIED CHEMICAL CORP | ) | |

## ORDER

Upon consideration of the following motions with the appropriate pleading numbers listed, said motions are dismissed as moot in view of a settlement between the parties.

Motion for Partial Summary Judgment # 07.
Motion for Judgment on the Pleadings # 09.

SO ORDERED this 8th day of February, 2007.

ANTHONY A. ALAIMO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA